IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MONTRELL ELLIS,

    Plaintiff,

v.

SERGEANT SCHUNK,

    Defendant.

ORDER

Case No. 16-cv-390-wmc

*Pro se* plaintiff Montrell Ellis is proceeding on a First Amendment retaliation claim against defendant Sergeant Schunk. On December 6, 2018, the court gave plaintiff until December 27, 2018, to file a response to defendant's motion for summary judgment and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. (Dkt. #39.) That deadline has passed and the court has received nothing from plaintiff. Accordingly, the court is now dismissing this case with prejudice for plaintiff's failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that plaintiff Montrell Ellis's claim is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment in defendant's favor and close this case.

Entered this 9th day of January, 2019.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge