IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MONTRELL ELLIS,

    Plaintiff,

  v.

    Case No. 16-cv-390-wmc

SERGEANT SCHUNK,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

| /s/ | 01/09/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |